ACCEPTED
05-15-01068-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/16/2015 12:24:56 PM
LISA MATZ
CLERK



FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/16/2015 12:24:56 PM
LISA MATZ
Clerk

November 16, 2015

Sean M. Higgins
713.353.2000 (main)
713.785.7780 (facsimile)
Sean.Higgins@wilsonelser.com

*Via E-file*

Lisa Matz
Clerk of the Court
Fifth Court of Appeals at Dallas
600 Commerce Street, Suite 200
Dallas, Texas 75202

Re:    *Court of Appeals Number:*
*05-15-01068-CV*
*5th Court of Appeals- Dallas, Texas*

*Trial Court Case Number:*
*380-00398-2013*
*My Three Sons, LTD., et al  vs. Midway/Parker Medical Center, L.P.,*
*et al.;* In the 380th Judicial District Court of Collin County, Texas

Dear Ms. Matz:

The Court requested letter briefs concerning the basis for appellate jurisdiction.  This will serve as the responsive brief of Appellee Southstar Fire Protection Company.

**Summary:**

Any question as to the finality of the judgment was resolved on November 9, 2015, when the District Court disposed of all lingering claims through an order granting nonsuits.  A copy of the order is attached, and the undersigned has requested preparation of a supplemental clerk's record.  Consequently, this Court

2112965v.1

possesses jurisdiction and the notice of appeal, while premature, is deemed filed as of November 9, 2015.

## Which of the two dismissal orders is the appealable order?

The clerk's record contains two dismissal orders. One, appearing at CR 366, dismisses the entire case, while the other, appearing at CR 367, dismisses only Plaintiffs' claims. As between the two orders, it appears that the last one signed by the Court controls. The undersigned believes that the order appearing at CR 367 was signed after the order appearing at CR 366.

## How, then, does the Court possess appellate jurisdiction?

The following notices of nonsuit appearing in the clerk's record lacked corresponding orders granting them:

1. Plaintiffs' Partial Notice of Nonsuit of Claims Against TD Industries, Inc. CR 200-01.

2. Manhattan Construction Company's notice of nonsuit without prejudice of its cross claims against TD Industries, Inc. and Southstar Fire Protection Company. CR 401-03.

3. Midway/Parker Medical Center, LP's notice of nonsuit without prejudice of its claims against Plaintiffs/Counter-Defendants Christopher Riegel, MD and My Three Sons Management, LLC. CR 407-09.

4. Cross-Plaintiff Kinsman Ventures LLC's Notice of Nonsuit without prejudice of its claims against cross-defendant Manhattan Construction Company. CR 410-12.

As to Plaintiffs' notice of nonsuit, no further order is required, irrespective of which of dismissal order controls, as both orders expressly dispose of all of Plaintiffs' claims.

On November 9, 2015, the District Court entered an order granting the nonsuits by Manhattan Construction, Midway/Parker and Kinsman Ventures. This order disposes of the last remaining claims. As a result, the judgment is now final and appealable. A copy of the order is attached to this letter, and the undersigned has requested preparation of a supplemental clerk's record containing the order.

In light of the foregoing facts, Plaintiffs' notice of appeal, while premature,

is effective and deemed filed as of November 9, 2015, the latest date on which the judgment became final and appealable. Tex. R. App. P. 27.1(a).

**Appellant's motion for new trial was overruled by operation of law:**

Appellant asserts that the District Court has yet to rule on its motion for new trial. In fact, that motion was overruled by operation of law on August 18, 2015, which is 75 days after the District Court signed the dismissal orders. Tex. R. Civ. P. 329(b)(c).

**Conclusion:**

For the reasons stated, this Court now possesses appellate jurisdiction over this matter.

Best regards,

**Wilson Elser Moskowitz Edelman & Dicker LLP**

*/s/ Sean M. Higgins*

Sean M. Higgins
SMH/jmf

cc:

Craig P. Henderson                                     *Via Facsimile: 214-368-1395*
WOLF & HENDERSON, P.C.
4309 Irving Avenue, Suite 200
Dallas, Texas 75219
*Attorney for Appellants*

J. David Apple                                          *Via Facsimile: 972-315-1955*
APPLE & FINK, LLP
735 Plaza Blvd., Suite 200
Coppell, Texas 75019
Attorney for Kinsman Ventures, LLC and
Midway/Parker Medical Center, L.P.

Chad Robinson                                          *Via Facsimile: 214-521-4246*
RIDDLE & WILLIAMS, P.C.
3710 Rawlins Street, Suite 1400 – Regency Plaza
Dallas, Texas 75219
*Attorney for CMA Management Company and*
*Midway Medical Center Owners Association, Inc.*

Robert Shapiro                                          *Via Facsimile: 972-490-7739*
CANTERBURY GOOCH SURRATT SHAPIRO,
STEIN & GASWIRTH, P.C.
Occidental Tower
5005 LBJ Freeway, Suite 1000
Dallas, Texas 75244
*Attorney for Manhattan Construction Company*

Theodore J. Riney                                      *Via Facsimile: 214-461-1210*
RINEY PACKARD, PLLC
5420 LBJ Freeway, Suite 220
Dallas, Texas 75240
*Attorney for TD Industries, Inc.*

Filed: 11/4/2015 4:07:52 PM
Andrea S. Thompson
District Clerk
Collin County, Texas
By Laura Edwards Deputy
Envelope ID: 7687235

## CAUSE NO. 380-00398-2013

| | | |
|---|---|---|
| MY THREE SONS, LTD., MY THREE SONS MANAGEMENT, LLC, PRESTONWOOD OB/GYN ASSOCIATES, P.A., CHRISTOPHER RIEGEL, MD, P.A., and CHRISTOPHER RIEGEL | § § § § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| v. | § § | COLLIN COUNTY, TEXAS |
| MIDWAY/PARKER MEDICAL CENTER, L.P., KINSMAN VENTURES, LLC, MANHATTAN CONSTRUCTION COMPANY, TD INDUSTRIES, INC., SOUTHSTAR FIRE PROTECTION COMPANY, CMA MANAGEMENT COMPANY, and MIDWAY MEDICAL CENTER OWNERS ASSOCIATION, INC. | § § § § § § § § § § § § § | |
| Defendants. | § § § | 380TH JUDICIAL DISTRICT |

## ORDER GRANTING NONSUITS

The following notices of nonsuit are before the Court:

1.      Manhattan Construction Company's notice of nonsuit without prejudice of its cross claims against TD Industries, Inc. and Southstar Fire Protection Company.

2.      Midway/Parker Medical Center, LP's notice of nonsuit without prejudice of its claims against Plaintiffs/Counter-Defendants Christopher Riegel, MD and My Three Sons Management, LLC; and

3.      Cross-Plaintiff Kinsman Ventures LLC's Notice of Nonsuit without prejudice of its claims against cross-defendant Manhattan Construction Company.

The Court, being fully advised in the premises, hereby orders that the claims identified above shall be and hereby are nonsuited and dismissed without prejudice pursuant to Tex R. Civ. P. 162. Costs shall be taxed against the party incurring same

So ordered.

Dated: 11/09/2015

/s/ BENJAMIN N. SMITH

JUDGE PRESIDING

Agreed as to form and substance:

/s/ Robert J. Shapiro
Robert J. Shapiro, attorney for Manhattan
Construction Company

/s/ J. David Apple
J. David Apple, attorney for Midway/Parker
Medical Center, LP and Kinsman Ventures LLC